*IN THE UNITED STATES DISTRICT COURT*
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

KENNETH C. FRENCH

vs.                                           NO. 4:09CV00870 SWW

CROWN EQUIPMENT CORPORATION

### ORDER OF DISMISSAL

Pursuant to counsel for the parties in this action advising the Court that this matter has been settled and requesting that an order dismissing the case be entered,

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 1st day of September 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE